JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 960-4084
marcheselaw@msn.com
Attorney for Defendant – SENAI KEFELA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-144-JAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SENAI KEFELA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant SENAI KEFELA and EDWARD VERONDA, Assistant United States Attorney, that sentencing currently scheduled for March 14, 2022 at 10:00 a.m., be vacated and reset to a date convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of a date convenient to the court.

This is the first request for continuance filed herein.

DATED: March 10, 2022,

 /S/Jess Marchese  
JESS R MARCHESE, ESQ.  
601 S. Rancho Drive, B-14.  
Las Vegas, Nevada 89106  
Attorney for Defendant  

 /S/Edward Veronda  
EDWARD VERONDA  
Assistant United States Attorney  
501 Las Vegas Blvd South #1100  
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 960-4084
marcheselaw@msn.com
Attorney for Defendant- SENAI KEFELA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-144-JAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SENAI KEFELA, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date convenient to the court.

This is the first request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 14, 2022, at 10:00 a.m., be continued to April 19, 2022, at 10:00 a.m.

DATED this 10th day of March, 2022.

_____
**U.S. DISTRICT JUDGE**